GEORGE R. BARSE LIVE STOCK COMMISSION CO. vs SURRATT.

Opinion delivered January 14, 1899.

Appeal from the United States court for the Central District.

WILLIAM H. H. CLAYTON, Judge.

Replevin by the George R. Barse Live-Stock Commission Company and others against J. D. Surratt. The court directed a verdict for defendant. From a judgment entered thereon plaintiff company appeals. Reversed.

On November 24, 1896, appellant brought replevin for 75 head of three year old heifers, branded V on neck, alleging that it was entitled to the possession thereof; that they were worth $10 per head; and that appellee (defendant below) had possession thereof without right, and had unlawfully detained them from the plaintiff for three months past. Appellee answered, addmitting possession, and alleging that on the 15th day of October, 1895, Campbell Russell, being the owner and in possession of a lot of cattle, contracted with and engaged him to keep and winter 365 head of said cattle, commencing on or about 15th of October, 1895, and ending on 11st day of March, .896; that said Russell was to pay $2 per head for wintering said cattle, and appellee was to have a lien on said cattle, and hold possession thereof, until the amount due for keeping and wintering was fully paid; that said 365 head of cattle were fed and wintered under said contract, until about the 1st day of April, 1896, when all of said cattle were delivered back to said Russell, except the 75 head in controversy; that these were held and kept by

appellee to secure him the amount due, $706, for feeding and wintering the said 365 head. To the allegations in said answer appellant files a denial. Upon the issues so formed, the jury, under the direction of the court, returned a verdidt in favor of the appellee as follows: "We, the jury, find for the defendant seventy-five head of cattle branded V on the neck, and of the value of ten dollars per head," and judgment was rendered thereon in accordance therewith, from which the appelladt appeals to this court.

*Harrison O. Shepard,* for appellant.

*W. B. Jackson,* for appellee.

SPRINGER, C. J.   The facts in this case are in legal effect the same as in the case of Same appellant vs Adams, 2 Ind. Ter. 119. The opinion of the court in that case is the opinion of the court in the case at bar. The number of cattle replevined in this case was .5; the amount claimed as due appellee in his answer was $706; and the judgment of the court was for $750. In othe respects the facts and action of the court were the same a, u case No. 166. The judgment of the court below is reversed, and a new trial is awarded in accordance with the opinion in the case of Commission Co. vs Adams, 2 Ind. Ter. 119.   Reversed and Remanded.

TOWNSEND, J., concurs.